1   Michael N. Westheimer  (Bar No. 178938)
    Shoshana Isaac (Bar No. 246072)
2   **BAKER & McKENZIE LLP**
    660 Hansen Way
3   Palo Alto, CA  94304-1044
    Telephone: +1 650 856 2400
4   Facsimile:  +1 650 856 9299
    Email:      Michael.Westheimer@bakernet.com
5   Email:      Shoshana.Isaac@bakernet.com

6   Attorneys for Defendant
    REED ELSEVIER, INC. LONG TERM
7   DISABILITY PLAN

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11   CARRIE LUTIN-SCOTT,                | **Case No.  CV 09 1406 MHP**

12            Plaintiff,                | STIPULATION FOR FURTHER
                                        | EXTENSION OF TIME FOR
13       v.                             | DEFENDANT REED ELSEVIER, INC.
                                        | LONG TERM DISABILITY PLAN'S
14   PHOENIX AMERICAN LIFE INSURANCE    | RESPONSE TO PLAINTIFF'S
     COMPANY, et al.,                   | COMPLAINT
15
              Defendants.               | [Civ. L.R. 6-1(a)]
16
                                        | Court:    15, 18th Floor
17                                      | Judge:    Hon. Marilyn H. Patel

18

19        Pursuant to Civ. L.R. 6-1(a), plaintiff Carrie Lutin-Scott and defendant Reed Elsevier, Inc.

20   Long Term Disability Plan (the "Plan"), by and through their attorneys, hereby stipulate and agree as

21   follows:

22        WHEREAS, plaintiff Carrie Lutin-Scott and defendant Reed Elsevier, Inc. Long Term

23   Disability Plan (the "Plan"), previously filed a stipulation on May 18, 2009, extending defendant

24   Plan's time to file a responsive pleading to June 26, 2009;

25        WHEREAS, defendant Plan requested, and plaintiff Carrie Lutin-Scott agreed, to stipulate to

26   a further extension of time for defendant Plan to file a responsive pleading to July 31, 2009;

27        WHEREAS, the further extension will not alter the date of any event or any deadline fixed

28   by any Court order;

Baker & McKenzie LLP
Palo Alto

1

Case No. CV 09 1406 MHP
STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT PLAN'S RESPONSE TO PLAINTIFF'S COMPLAINT
PALDMS/395969.1

NOW, THEREFORE, plaintiff Carrie Lutin-Scott and defendant Plan hereby stipulate that defendant Plan shall have until and including July 31, 2009, to file a response to plaintiff's complaint.

Dated:  June 26, 2009                    KANTOR & KANTOR, LLP


By: /s/ Glenn R. Kantor
    Glenn R. Kantor
    Brent Dorian Brehm
    Attorneys for Plaintiff
    CARRIE LUTIN-SCOTT


Dated:  June 26, 2009                    BAKER & McKENZIE LLP


By: /s/  Michael N. Westheimer
    Michael N. Westheimer
    Shoshana Isaac
    Attorneys for Defendant
    REED ELSEVIER, INC. LONG TERM
    DISABILITY PLAN

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Marilyn H. Patel

NORTHERN DISTRICT OF CALIFORNIA

Baker & McKenzie LLP
Palo Alto

Case No. CV 09 1406 MHP
STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANT PLAN'S RESPONSE TO PLAINTIFF'S COMPLAINT
PALDMS/395969.1